24-9962



**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 09 2024

JEFFREY P. ALLSTEADT, CLERK

Certificate Number: 15725-ILN-CC-038648756

15725-ILN-CC-038648756

### CERTIFICATE OF COUNSELING

I CERTIFY that on July 9, 2024, at 3:42 o'clock PM EDT, Lavon Tims received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: July 9, 2024          By: /s/Daniel Alfredo Medina Mujica

                            Name: Daniel Alfredo Medina Mujica

                            Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).